UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabrielita Anacleto, et al.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>Allstate Insurance Company<br><br>　　　　　Defendant(s) | CASE No C 3:16-cv-05163-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☒ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
☐ **Mediation** (ADR L.R. 6)
☐ **Private ADR** *(specify process and provider)*

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: 120 days from the date of the order referring the case to ADR

Date: December 21, 2016            /s/ Sarah Auten
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　Sarah Auten

Date: December 21, 2016            /s/ Jeffry Butler
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Jeffry Butler, Dentons US LLP

☑ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: December 21, 2016

　　　　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE
　　　　　　　　　　　　　　　　HON. JON S. TIGAR

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 11-2016*

