J. EDWARD KERLEY (State Bar No. 175695)
DYLAN SCHAFFER (State Bar No. 153612)
SARAH AUTEN (State Bar No. 302084)
KERLEY SCHAFFER LLP
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350
E-mail:  edward@kslaw.us
  dylan@kslaw.us
  sarah@kslaw.us

Attorneys for Plaintiffs
GABRIELITA ANACLETO, JUAN GUTIERREZ,
and NOJIXA ANACLETO


JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail:  jeffry.butler@dentons.com
  megan.barker@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELITA ANACLETO, an individual, JUAN GUTIERREZ, an individual, and SAMUEL JOHNS as guardian ad litem for NOJIXA ANACLETO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois company, and Does 1 through 10,<br><br>Defendants. | No. 16-cv-05163-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF DISCOVERY REFEREE** |

Pursuant to Federal Rule of Civil Procedure 53(a)(1)(A), the parties to the above-titled action jointly submit this Stipulation and [Proposed] Order Regarding Appointment of a discovery referee:

1. The parties stipulate to the appointment of Hon. John M. True (Ret.) with ADR Services, Inc. as the discovery referee in this matter to resolve evidentiary objections and control the conduct of the depositions of Gabrielita Anacleto, Juan Gutierrez and Nojixa Anacleto (the "Discovery Referee").

2. As to the deposition of Nojixa Anacleto, the parties agree the conduct of the deposition will be further subject to any agreement of the parties or orders of the Court.

3. The Discovery Referee shall resolve any evidentiary objections that arise during the course of the depositions of Gabrielita Anacleto, Juan Gutierrez, and Nojixa Anacleto, and shall have the authority to control the conduct of all attendees at their depositions.

4. The Discovery Referee shall be compensated at his rate of $550 per hour and for expenses relating to his activities as Discovery Referee. The parties agree to split these costs equally.

5. This Stipulation shall remain in effect until the above-referenced depositions have been completed.

IT IS SO STIPULATED.

Dated: July 31, 2017        KERLEY SCHAFFER LLP

                            By  */s/ Sarah Auten*
                                SARAH AUTEN

                            Attorneys for Plaintiffs
                            GABRIELITA ANACLETO, JUAN GUTIERREZ,
                            and NOJIXA ANACLETO

Dated: July 31, 2017        DENTONS US LLP

                            By  */s/ Jeffry Butler*
                                JEFFRY BUTLER

                            Attorneys for Defendant
                            ALLSTATE INSURANCE COMPANY

1     FILER'S ATTESTATION:

2     Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the

3 concurrence in the filing of this document has been obtained from its signatories.

5 Dated: July 31, 2017          By:   */s/ Jeffry Butler*

                                                   JEFFRY BUTLER

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000

[PROPOSED] ORDER

Based on the parties' stipulation, it is hereby ordered that:

1. Hon. John M. True (Ret.) with ADR Services, Inc. is assigned as the discovery referee in this matter to resolve evidentiary objections and control the conduct of the depositions of Gabrielita Anacleto, Juan Gutierrez, and Nojixa Anacleto (the "Discovery Referee").

2. As to the deposition of Nojixa Anacleto, the parties agree the conduct of the deposition will be further subject to any agreement of the parties or orders of the Court.

3. The Discovery Referee shall resolve any evidentiary objections that arise during the course of the depositions of Gabrielita Anacleto, Juan Gutierrez, and Nojixa Anacleto, and shall have the authority to control the conduct of all attendees at their depositions.

4. The Discovery Referee shall be compensated at his rate of $550 per hour and for expenses relating to his activities as Discovery Referee. The parties agree to split these costs equally.

IT IS SO ORDERED.

Dated: Cwi wuv'3.'4239"""""""""""""""""""""""""""""""  _____
HON. JON S. TIGAR
United States District Judge